1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JAMES D. HASS,                        No.  2:13-cv-1746-JAM-KJN

12              Plaintiff,

13        v.                               ORDER

14   COUNTY OF SACRAMENTO
     DEPARTMENT OF SUPPORT
15   SERVICES, et al.,

16              Defendants.

17

18        On August 22, 2013, this action was removed to this court from the Sacramento County

19   Superior Court.  (ECF No. 1.)  Because it appeared from the papers attached to the notice of

20   removal that plaintiff James D. Hass was proceeding without counsel, the action was referred to

21   the undersigned pursuant to E.D. Cal. L.R. 302(c)(21).

22        Thereafter, on August 29, 2013, defendants County of Sacramento Department of Support

23   Services and Scott Jones filed a motion to dismiss pursuant to Federal Rule of Civil Procedure

24   12(b)(6), which was noticed for hearing before the undersigned on October 3, 2013.  (ECF No. 4.)

25   On September 19, 2013, plaintiff's attorney, Loretta Hazel Hellen, filed an opposition to the

26   motion on plaintiff's behalf, indicating that she was acting as the attorney for plaintiff.  (ECF

27   Nos. 5, 6.)  Ms. Helen was accordingly added to the docket as counsel of record.

28   ////

                                        1

1        Local Rule 302(c)(21) provides that magistrate judges shall conduct all appropriate pre-

2  trial proceedings in "actions in which all the plaintiffs or defendants are proceeding in propria

3  persona, including dispositive and non-dispositive motions and matters.  Actions initially

4  assigned to a Magistrate Judge under this paragraph shall be referred back to the assigned Judge if

5  a party appearing in propria persona is later represented by an attorney in accordance with L.R.

6  180."  E.D. Cal. L.R. 302(c)(21).

7        In light of the appearance of counsel on plaintiff's behalf, neither all the plaintiffs nor all

8  the defendants in this action are proceeding in propria persona.  Therefore, further proceedings in

9  this action, other than discovery motions and other matters appropriately referred to the

10  undersigned under the court's Local Rules, should now be noticed before the United States

11  District Judge assigned to this action.

12        Accordingly, IT IS HEREBY ORDERED that:

13      1.   This matter, including the pending motion to dismiss (ECF No. 4) is referred to the

14         United States District Judge assigned to this action.  <u>See</u> E.D. Cal. L.R. 302(c)(21).

15      2.  All dates pending before the undersigned are VACATED.  The moving defendants

16         shall promptly re-notice the pending motion to dismiss for hearing before the assigned

17         district judge.

18      3.  Henceforth the caption on documents filed in this action shall be No. 2:13-cv-1746

19         JAM KJN.

20        IT IS SO ORDERED.

21  Dated:  September 23, 2013

22

23                       KENDALL J. NEWMAN
                         UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28